**No. 57053.**—Theodore B. Smith Co., Inc. *v.* United States, protest 193754–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

**No. 57054.**—Di Stasi Importing Co. *v.* United States, protest 160973–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of artichokes, pickled with vinegar, similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 163, C. D. 1461), the claim of the plaintiff was sustained.

**No. 57055.**—J. Ossola Company *v.* United States, protest 165543–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of peppers, pickled with vinegar, similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 163, C. D. 1461), the claim of the plaintiff was sustained.

**No. 57056.**—V. Sabella & Co., Inc., et al. *v.* United States, protests 167838–K (B), etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of peppers, pickled with vinegar, similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 163, C. D. 1461), the claim of the plaintiffs was sustained.